IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  14-cv-03150-RPM

JENNIFER L. NESS (f/k/a JENNIFER L. HETTIARACHCHY,

      Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE GROUP a/k/a
AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

      Defendant.

_____

## ORDER SETTING TRIAL DATE
_____

Pursuant to the October 27, 2015, pretrial conference, it is

ORDERED that this matter is set for trial to jury on **February 29, 2016, at 8:30 a.m., with counsel to be present at 8:00 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at

http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIIIJudges/HonRichardPMatsch.aspx .

Dated:   October 28th, 2015

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge