IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  14-cv-03150-RPM

JENNIFER L. NESS (f/k/a JENNIFER L. HETTIARACHCHY,

     Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE GROUP a/k/a
AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

     Defendant.

_____

ORDER DENYING MOTIONS

_____

     Upon consideration of Plaintiff's motions to amend the Final Pretrial Order [Doc.

31] and continue the February 29, 2016, trial date [Doc. 33], it is

     ORDERED that the motions are denied.

     Dated:   February 1st, 2016

                    BY THE COURT:

                    s/Richard P. Matsch

                    _____
                    Richard P. Matsch, Senior District Judge