IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No.   14-cv-03150-RPM

JENNIFER L. NESS, formerly known as Jennifer L. Hettiarachchy,

    Plaintiff,

v.

AMERICAN FAMILY INSURANCE GROUP, also known as American Family Mutual Insurance Company,

    Defendant.

---

### STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

---

IT IS STIPULATED AND ORDERED that at the conclusion of the trial which began on February 29, 2016, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this __3rd__ day of March, 2016.

BY THE COURT:

_____
Richard P. Matsch, Judge
United States District Court

APPROVED AS TO FORM:

_____          _____
ATTORNEY FOR PLAINTIFF                                    ATTORNEY FOR DEFENDANT