IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  14-cv-03150-RPM

JENNIFER L. NESS (f/k/a JENNIFER L. HETTIARACHCHY),

    Plaintiff,

v.

AMERICAN FAMILY INSURANCE GROUP a/k/a
AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

_____

## FINAL JUDGMENT
_____

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    This matter was tried from February 29, 2016, through March 3, 2016, before a jury of twelve duly sworn to try the issues herein with U. S. Senior Judge Richard P. Matsch presiding.

    Pursuant to and in accordance with the jury's verdict, it is

    ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff, Jennifer L. Ness, f/k/a Jennifer L. Hettiarachchy, to recover from the Defendant American Family Insurance Group, a/k/a American Family Mutual Insurance Company, the amount of $36,496 plus prejudgment interest in the amount of $7,124.44, for a total of $43,620.44 plus post-judgment interest at the statutory rate of .66%, compounded annually until paid in full.  It is

FURTHER ORDERED ADJUDGED that plaintiff is awarded costs upon the filing of a bill of costs within 14 days.

DATED: March 10, 2016

FOR THE COURT:

JEFFREY P. COLWELL, Clerk

s/M. V. Wentz

By_____
     Deputy